UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSH WITHERS,
Plaintiff,

v.

MOBSOC MEDIA LLC,
Defendant.

Case No. 5:25-cv-08919

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Civil L.R. 6-1(a), Plaintiff Josh Withers ("Plaintiff") and Defendant MobSoc Media LLC ("Defendant"), through their undersigned counsel (or pro se representative), hereby stipulate as follows:

1. Defendant MobSoc Media LLC was served on October 29, 2025.
2. Defendant's current deadline to answer or otherwise respond to the Complaint is November 19, 2025.
3. The parties agree to extend Defendant's deadline to respond to the Complaint by 30 days, to December 19, 2025.

IT IS SO STIPULATED.

DATED: November 10, 2025        SANDERS LAW GROUP
/s/ Jacqueline Mandel
Jacqueline Mandel
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Telephone: (516) 203-7600
craig@sanderslaw.group
Attorney for Plaintiff

DATED: November 10, 2025        MOBSOC MEDIA LLC (Pro Se until counsel appears)

/s/ Steve Wick

Steve Wick

MobSoc Media LLC

2115 Yeaman Place #209

Nashville, TN  37206

Telephone: (615) 878-2054

Email: steve@mobsocmedia.com

Defendant


CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

DATED: November 12, 2025/s/ Jacqueline Mandel

Jacqueline Mandel

MobSoc Media LLC

Defendant (Pro Se until counsel appears)


  PURSUANT TO STIPULATION, IT IS SO ORDERED.

  Dated:___November 12, 2025_____



GRANTED
Judge Virginia K. DeMarchi
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA